**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **MICHELLE MILEWSKI**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CUSHMAN & WAKEFIELD, INC.**,<br><br>Defendant. | Case No. 1:26-cv-03823-AT |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michelle Milewski hereby gives notice that her claims in this action against Defendant Cushman & Wakefield, Inc. are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: June 2, 2026                     Respectfully submitted,

By: /s/ Linda H. Joseph
Linda H. Joseph, Esq.
**SCHRÖDER, JOSEPH & ASSOCS. LLP**
394 Franklin Street, Second Floor
Buffalo, NY 14202
(716) 881-4900
(716) 881-4909 (facsimile)
(716) 861-1398 (cell)
ljoseph@sjalegal.com

*Attorneys for Plaintiff and the Proposed Class*

1

## CERTIFICATE OF SERVICE

I, Linda H. Joseph, hereby certify that on June 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 2nd day of June, 2026.

By: /s/ Linda H. Joseph
Linda H. Joseph, Esq.
**SCHRÖDER, JOSEPH & ASSOCS. LLP**
394 Franklin Street, Second Floor
Buffalo, NY 14202
(716) 881-4900
(716) 881-4909 (facsimile)
(716) 861-1398 (cell)
ljoseph@sjalegal.com

2